**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-cr-548-3 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION AND ORDER

On July 5, 2023, the Court sentenced Defendant Oscar Williams to ten months imprisonment followed by three years of supervised release, which he began serving on July 21, 2023, for conspiracy to distribute and possess with intent to distribute controlled substances.  On supervision, Mr. Williams has had no violations.  He is retired; lives at a sober home in Maple Heights, Ohio, where he serves as the manager of the home; and completed substance abused and mental health treatment.  The Court ordered him to complete 100 hours of community services, and he completed just over 85 hours.

Under Section 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), . . . terminate a term of supervised release and discharge the defendant . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  With respect to these factors, the record shows the following:

*The Nature and Circumstances of the Offense* (18 U.S.C. § 3553(a)).  From March 2022 to July 14, 2022, Mr. Williams conspired with others to distribute and possess with intent to distribute more than 40 grams of fentanyl, more than 100 grams of heroin, less than 500 grams of cocaine and less than 28 grams of cocaine base (also known as "crack").  Agents identifies this drug trafficking organization through surveillance, controlled purchases, and analysis of telephone calls.  Agents learned that the head of the organization multiple residences in Cleveland where he stored, distributed, and processed drugs.  Mr. Williams distributed drugs for the organization. He was heard on intercepted wire communications discussing drug transactions with other senior members of the conspiracy.

*The History and Characteristics of the Offender* (18 U.S.C. § 3553(a). Mr. Williams is 74 years old.  He started using heroin, at age 18 and has battled addiction his entire life.  He has been homeless at times and in and out of prison. Much of his criminal history appears to be related to his history of addiction.  In 2020, Mr. Williams decided to make positive changes in his life.  He completed a detox program and subsequently enrolled in a Suboxone program.  However, he relapsed in 2022.  He was also prescribed mental health medications for anxiety and depression.

*The Need for the Sentence Imposed to Afford Adequate Deterrence to Criminal Conduct and to Protect the Public from Further Crimes of the Defendant* (18 U.S.C. § 3553(a)(2)(B) & (C)). Mr. Williams served his sentence.  On supervision, his conduct shows little concern that he will reoffend.

*The Need for the Sentence Imposed to Provide the Defendant with Needed Treatment in the Most Effective Manner* (18 U.S.C. § 3553(a)(2)(D)). The record shows that Mr. Williams successfully completed substance abuse and mental health treatment. He lives in sober housing, where he has taken a leadership role, and the record suggests that he will continue to do so.

The remaining factors have little direct application on the facts presented. However, the Court notes the objection of the United States to early termination based on the nature and circumstances of the offense and Mr. Williams's history and characteristics. Also, the Court notes that Mr. Williams has 15 hours of community service to complete. However, in light of his age, and the leadership role in sober living that Mr. Williams has taken on, and because he completed a substantial portion of the outstanding community service, the Court overlooks this fact in the circumstances of this case.

On balance, the record supports early termination of supervised release, which is due to end in a few weeks in any event. Therefore, the Court **OVERRULES** the objection of the United States and **GRANTS** Mr. Williams's motion for early termination of supervised release (ECF No. 200).

**SO ORDERED.**

Dated:  May 11, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio

4